PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>FRANCISCO RAMIREZ,<br><br>                    Defendant. | CASE NO. 1:20-CR-00175-DAD-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING;  ORDER<br><br>.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

   1.   The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Katherine E. Schuh, and the defendant Francisco Ramirez, by and through his counsel of record, John Garland, hereby stipulate as follows.

   2.   The parties have reached a plea agreement in this case.

   3.   The parties ask that the matter as to defendant Francisco Ramirez be set for a change of plea before the Honorable Dale A. Drozd on May 31, 2022 at 9:00 AM.

        IT IS SO STIPULATED.

Dated:  April 25, 2022                                           PHILLIP A. TALBERT
                                                                 United States Attorney


                                                                 /s/ Katherine E. Schuh
                                                                 KATHERINE E. SCHUH
                                                                 Assistant United States Attorney


Dated:  April 25, 2022                                           /s/John Garland
                                                                 JOHN GARLAND
                                                                 Counsel for Defendant
                                                                 FRANCISCO RAMIREZ


**ORDER**

Pursuant to the parties stipulation, as to defendant Francisco Ramirez this case is now scheduled on calendar for a change of plea before the District Judge Dale A. Drozd on May 31, 2022 at 9:00 a.m. IT IS SO ORDERED.

Dated:  **April 26, 2022**                                  _____
                                                             UNITED STATES DISTRICT JUDGE

2