JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
FRANCISCO RAMIREZ

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>FRANCISCO RAMIREZ,<br><br>     Defendant. | Case No. 1:20-CR-00175 DAD-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND  ORDER THEREON**<br><br>DATE:  August  29, 2022<br>TIME:  9:00 a.m.<br>Courtroom Five<br><br>**Honorable  Dale A. Drozd** |

    Defendant, FRANCISCO RAMIREZ, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from August 22, 2022 to **August 29**, **2022** at **9:00 a.m.** This continuance is necessary because the United State Probation Officer and counsel were not able to complete a Presentence Interview of the defendant until July 7, 2022 because the POD in which the defendant is housed at the Fresno County Jail (NJ-4-D) was on COVID-19 **quarantine** between June 15, 2022 and July 4, 2022. Due to the delay in completing the Presentence Interview, the United States Probation Officer needs an additional week to prepare the *Draft* Presentence Investigation Report.

In light of the circumstances set forth above, the parties further stipulate that the Sentencing Schedule for this case be modified by extending the dates by one week.

Because the defendant has pleaded guilty, the Speedy Trial Act does not apply and no exclusion of time is necessary.

Dated:  July 8, 2022                                          /s/ John F. Garland
                                                                         John F. Garland
                                                                     Attorney for Defendant
                                                                     FRAN CISCO RAMIREZ

Dated:  July 8, 2022                                           Phillip A. Talbert
                                                                       United States Attorney

                                                                    /s/ Kimberly A. Sanchez
                                                              By:   Kimberly A.  Sanchez
                                                                     Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing for defendant FRANCISCO RAMIREZ is continued to August 29, 2022 at 9:00 a.m. and the Sentencing Schedule is modified by extending the dates by one week.

IT IS SO ORDERED.

Dated:  __**July 8, 2022**__                                     _Dale A. Drozd_
                                                                 UNITED STATES DISTRICT JUDGE